William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>        Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:   The United States District Court
      For the District of Alaska

AND TO: Beulah M. George
      PO Box 141753
      Anchorage, AK 99514

  You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Beulah M. George v. Wal-Mart, Inc.*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-05-13873 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska; Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about December 9, 2005.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 18th day of April, 2006.

> LANE POWELL LLC
> Attorneys for Defendant
>
> By  /s/ William A. Earnhart
>   William A. Earnhart
>   LANE POWELL LLC
>   301 West Northern Lights Blvd., Ste 301
>   Anchorage, Alaska 99503-2648
>   Telephone:  907-277-9511
>   Facsimile:  907-276-2631
>   E-mail: earnhartw@lanepowell.com
>   ASBA 9411099

I certify that on April 18, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

  /s/ William A. Earnhart

111655.0264/154702.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631