IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>                    Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>                    Defendant. | Case No. 3AN-05-13873 CI<br><br><br><br><br><br><br>**NOTICE OF REMOVAL TO UNITED<br>STATES DISTRICT COURT** |

TO:     Clerk of Court
        Alaska Court System, Third Judicial District at Anchorage

AND TO: Beulah M. George
        PO Box 141753
        Anchorage, AK 99514

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-05-13873 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart, Inc., on April 18, 2006, with the Clerk of the United States District Court for the District of Alaska.

DATED this 18 day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By_____
William A. Earnhart, ASBA 9411099

I certify that on April 18, 2006, a copy
of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

_Jean Free_

111655.0264/154704.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

EXHIBIT  A
PAGE  1  OF  1