William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>                       Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>                       Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Defendant, Wal-Mart, Inc., by and through counsel, provides the following disclosure statement in accordance with Civil Rule 7.1(a).

Wal-Mart, Inc. has no parent corporation and is a public-traded corporation.

DATED this 18th day of April, 2006.

                       LANE POWELL LLC
                       Attorneys for Defendant


                       By /s/ William A. Earnhart
                          William A. Earnhart
                          LANE POWELL LLC
                          301 West Northern Lights Blvd., Ste 301
                          Anchorage, Alaska 99503-2648
                          Telephone: 907-277-9511
                          Facsimile: 907-276-2631
                          E-mail: earnhartw@lanepowell.com
                          ASBA 9411099

I certify that on April 18, 2006, a copy
of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

  /s/ William A. Earnhart

111655.0264/154707.1

*LANE POWELL LLC — 301 West Northern Lights Boulevard, Suite 301 — Anchorage, Alaska 99503-2648 — Telephone 907.277.9511 Facsimile 907.276.2631*