William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| BEULAH M. GEORGE,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00087 TMB<br><br>**NOTICE OF FILING STATE COURT RECORD** |
|---|---|

COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of April 19, 2006 [Docket 4), attaches hereto a full and complete copy of the State Court's file in *Beulah M. George v. Wal-Mart Stores, Inc.*, Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-05-13873 CI:

A.  Plaintiff     12/05/05   Complaint / Summons
B.  Defendant  04/18/06   Entry of Appearance
C.  Defendant  04/18/06   Demand For Jury Trial
D.  Defendant  04/18/06   Notice of Removal To United States District Court

DATED this 21st day of April, 2006.

                LANE POWELL LLC
                Attorneys for Defendant

                By __/s/ William A. Earnhart__
                    William A. Earnhart
                    LANE POWELL LLC
                    301 West Northern Lights Boulevard, Ste 301
                    Anchorage, Alaska 99503-2648
                    Telephone: 907-277-9511
                    Facsimile: 907-276-2631
                    E-mail: earnhartw@lanepowell.com
                    ASBA 9411099

I certify that on April 21, 2006, a copy
of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

___/s/ William A. Earnhart___

111655.0264/154786.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631