Beulah M. George
PO Box 141753
Anchorage, AK 99514
(907) 337-3371

FILED
STATE OF ALASKA
THIRD DISTRICT

05 DEC -9 PM 4: 36

CLERK, TRIAL COURTS
BY [signature]
DEPUTY CLERK

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Beulah M. George, | ) Case No.: 3AN-05-13873CI |
| Plaintiff, | ) Complaint |
| vs. | ) |
| Wal-Mart Inc., | ) |
| Defendant | ) |

Comes now plaintiff Beulah M. George and complains as follows:

1. At the times herein mentioned defendant owned, operated, and controlled a certain retail store, known as Wal-Mart, located at Benson Boulevard and A Street in Anchorage, Alaska.

2. On December 16, 2003, plaintiff entered said store during the regular hours for retail customers to inspect defendant's merchandise, with a view to purchasing some of the same.

3. Defendant had the duty to maintain the premises in a reasonably safe condition for retail customers, including plaintiff and to provide in particular an aisle, entryway or other suitable place for which such customers, including plaintiff could view the merchandise and make their purchases. In violation of such duty, defendant maintained at one of the entryways provided for its customers a mat attempting to be secured to the floor by blue tape and said tape was worn and protruding. Defendant knew, or had reason to know, that such obstruction created an unreasonable risk of injury to those patronizing the store and could reasonably foresee that a patron, such as plaintiff, would trip and fall over the obstruction and be injured.

4. While plaintiff traversed the entryway with a number of other patrons, and moving with due care to avoid bumping into other patrons, plaintiff tripped over the tape, fell to the floor, and sustained injuries.

Complaint - 1

EXHIBIT A
PAGE 1 OF 3

5.    Defendant's negligence in failing to provide a reasonably safe entryway within which plaintiff might enter its store and in maintaining such obstruction in the entryway was the proximate cause of plaintiff's injuries.

6.    Plaintiff suffered physical injuries, pain and suffering, medical expenses, potential lost wages and inconvenience.

Wherefore, plaintiff prays as follows:

1.    That she be awarded damages for physical injuries, pain and suffering, medical expenses, potential lost wages and inconvenience in an amount in excess of $100,000.00, the exact amount to be proven at trial.

2.    The she be awarded costs and attorneys fees as appropriate.

3.    That she be awarded all other relief appropriate in this matter.

Dated this December 9, 2005

*Beulah M. George* (signature)
Beulah M. George

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

BEULAH M. GEORGE,  )
)
)
       Plaintiff(s),  )
vs.  )
)
)
WAL-MART, INC.,  )           CASE NO. 3AN-05-13873CI
)
       Defendant(s).  )
)                   SUMMONS
                                            AND
                                 NOTICE TO BOTH PARTIES
                                 OF JUDICIAL ASSIGNMENT

To Defendant: __WAL-MART, INC.__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's ~~attorney~~, __Beulah George__, whose address is: __P.O. Box 141753 Anchorage AK 99514__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge __Gleason__.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__9Dec05__                                    By: _____
Date                                              Deputy Clerk

EXHIBIT A
PAGE 3 of 3

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)                                           Civil Rules 4, 5, 12, 55
SUMMONS