IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

BEULAH M. GEORGE,

    Plaintiff,

v.

WAL-MART, INC.,

    Defendant.

Case No. 3AN-05-13873 CI

**ENTRY OF APPEARANCE**

COMES NOW the law firm of Lane Powell LLC and enters its appearance as attorneys of record on behalf of defendant, Wal-Mart, Inc., in the above-captioned case and requests that copies of all pleadings filed in this action be mailed or delivered to its offices at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this 18 day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By _____
William A. Earnhart, ASBA 9411099

I certify that on April 18, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

_____

111655.0264/154698.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT B
PAGE 1 OF 1