IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| BEULAH M. GEORGE, | |
|---|---|
| Plaintiff, | Case No. 3AN-05-13873 CI |
| v. | |
| WAL-MART, INC., | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

COMES NOW the defendant, WAL-MART, INC., by and through its counsel, the law firm of Lane Powell LLC, and requests and demands a trial by jury on all issues triable of right by jury in the above-captioned matter.

DATED this 18 day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By_____
William A. Earnhart, ASBA 9411099

I certify that on April 18, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

_____
Jean Price

111655.0264/154699.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT ___C___
PAGE ___1___ OF ___1___