IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

BEULAH M. GEORGE,

          Plaintiff,

v.

WAL-MART, INC.,

          Defendant.

Case No. 3AN-05-13873 CI

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO:     Clerk of Court
          Alaska Court System, Third Judicial District at Anchorage

AND TO:  Beulah M. George
          PO Box 141753
          Anchorage, AK 99514

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-05-13873 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart, Inc., on April 18, 2006, with the Clerk of the United States District Court for the District of Alaska.

DATED this 18 day of April, 2006.

          LANE POWELL LLC
          Attorneys for Defendant

          By_____
          William A. Earnhart, ASBA 9411099

I certify that on April 18, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

_Jean Free_

111655.0264/154704.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT D
PAGE 1 OF 3

William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>     Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>     Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:  The United States District Court
    For the District of Alaska

AND TO: Beulah M. George
    PO Box 141753
    Anchorage, AK 99514

  You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Beulah M. George v. Wal-Mart, Inc.*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-05-13873 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been

EXHIBIT D
PAGE 2 OF 3

EXHIBIT A
PAGE 1 OF 2

removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska; Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about December 9, 2005.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 18th day of April, 2006.

           LANE POWELL LLC
           Attorneys for Defendant


           By  /s/ William A. Earnhart
              William A. Earnhart
              LANE POWELL LLC
              301 West Northern Lights Blvd., Ste 301
              Anchorage, Alaska 99503-2648
              Telephone:  907-277-9511
              Facsimile:  907-276-2631
              E-mail: earnhartw@lanepowell.com
              ASBA 9411099

I certify that on April 18, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

  /s/ William A. Earnhart

111655.0264/154702.1

EXHIBIT  A
PAGE  2  OF  2

**Notice of Removal**
*Beulah M. Georges v. Wal-Mart, Inc.*    (Case No. 3:06-cv-_____)    Page 2 of 2

EXHIBIT  D
PAGE  3  OF  3

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631