William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>        Defendant. | Case No. 3:06-cv-00087 TMB<br><br><br><br><br><br>**NOTICE OF FILING SERVICE LIST** |

COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of April 19, 2006 [Docket 4], files this Notice of Filing Service List. Counsel for the parties are as follows:

Plaintiff (*Pro Se*)

Beulah M. George
PO Box 141753
Anchorage, AK 99514
Telephone: 907-337-3371
Facsimile:
E-mail:

Defendant:

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
ASBA No. 9411099

DATED this 21st day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By  /s/ William A. Earnhart
 William A. Earnhart, ASBA 9411099
 LANE POWELL LLC
 301 West Northern Lights Boulevard, Ste 301
 Anchorage, Alaska 99503-2648
 Telephone:  907-277-9511
 Facsimile:  907-276-2631
 E-mail: earnhartw@lanepowell.com

I certify that on April 21, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

 /s/ William A. Earnhart

111655.0264/154788.1