William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>Defendant. | Case No. 3:06-cv-00087 TMB<br><br>**NOTICE OF COMPLIANCE RE: ORDER TO PETITIONER SUBSEQUENT TO REMOVAL (DOCKET 4)** |

COMES NOW Defendant, Wal-Mart Stores, Inc., by and through counsel of record, Lane Powell LLC, and provides notice to the court and parties that said defendant has complied with the Court's Order To Petitioner Subsequent To Removal dated April 19, 2006 (Docket No. 4).

The Notice of Filing State Court Record and Notice of Filing Service List were filed April 21, 2006.

DATED this 21st day of April, 2006.

                          LANE POWELL LLC
                          Attorneys for Defendant

                          By /s/ William A. Earnhart
                             William A. Earnhart, ASBA 9411099
                             LANE POWELL LLC
                             301 West Northern Lights Boulevard, Ste 301
                             Anchorage, Alaska 99503-2648
                             Telephone: 907-277-9511
                             Facsimile: 907-276-2631
                             E-mail: earnhartw@lanepowell.com

I certify that on April 21, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

   /s/ William A. Earnhart

111655.0264/154790.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631