William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>       Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>       Defendant. | Case No. 3:06-cv-00087 TMB<br><br><br><br><br><br><br><br>**ANSWER TO COMPLAINT** |

  COMES NOW the defendant, WAL-MART, INC., by and through counsel, the Law Firm of Lane Powell LLC , and answers plaintiff's complaint as follows:

  1. Defendant admits the allegations contained in Paragraph 1.

  2. On information and belief, defendant admits the allegations contained in Paragraph 2 of plaintiff's complaint.

  3. Defendant denies the allegations contained in Paragraph 3.

  4. Defendant denies the allegations contained in Paragraph 4.

  5. Defendant denies the allegations contained in Paragraph 5.

  6. Answering defendant lacks the knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6, and, therefore, neither admits nor denies same.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state claims upon which relief can be granted.

2. Plaintiff's injuries, if any, were caused, in whole or in part, by Plaintiff's own negligence.

3. Plaintiff has failed to mitigate damages.

4. Defendant reserves the right to assert such other and further affirmative defenses as may be revealed by discovery and investigation.

## PRAYER FOR RELIEF

WHEREFORE, having answered plaintiff's Complaint and having set forth affirmative defenses, defendant prays for relief as follows:

1. That plaintiff's complaint be dismissed with prejudice;

2. That defendant be awarded its costs, including reasonable attorneys' fees, incurred in the defense of this action; and

3. For such further relief as this Court deems equitable and just.

DATED this 26th day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By /s/ William A. Earnhart
   William A. Earnhart
   LANE POWELL LLC
   301 West Northern Lights Boulevard, Ste 301
   Anchorage, Alaska 99503-2648
   Telephone:   907-277-9511
   Facsimile:   907-276-2631
   E-mail: earnhartw@lanepowell.com
   ASBA 9411099

I certify that on April 26, 2006, a copy of the foregoing was served by mail on:

Beulah M. George
PO Box 141753
Anchorage, AK 99514

  /s/  William A. Earnhart
111655.0264/154769.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Answer To Complaint**
*Beulah M. George v. Wal-Mart, Inc.*      (Case No. 3:06-cv-00087 TMB)      Page 2 of 2