William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEULAH M. GEORGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC., ) <br> ) <br> Defendant. ) <br> ) | Case 3:06-cv-00087-TMB |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

William A. Earnhart, counsel for defendant WAL-MART STORES, INC., hereby serves notice of his change of address to the following firm:

> William A. Earnhart
> RICHMOND & QUINN
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Telephone:  (907) 276-5727
> Facsimile:  (907) 276-2953
> wearnhart@richmondquinn.com

DATED this 5th day of June, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By:    s/ William A. Earnhart
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 5th day of June, 2006 to:

Beulah M. George (Pro Se)
P.O. Box 141753
Anchorage, Alaska 99514


   /s/ William A. Earnhart
     RICHMOND & QUINN


2245\003\PLD\ADDRESS CHANGE