UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  BEULAH M. GEORGE   v.   WAL-MART, INC.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                              CASE NO.   3:06-cv-00087-TMB

 Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 6, 2006

**XX**    A Rule 16(b) minute order requiring a status report was issued in this case, and no timely report was filed.

     **XX**    File Rule 16(b) status report within 15 days from the date of this minute order.

     __    Show cause within 15 days from the date of this minute order why this case should not be dismissed for repeated failure to comply with a Rule 16(b) minute order.

     __    This case is dismissed for repeated failure to comply with a Rule 16(b) minute order and follow-up minute order(s).

__    A status report has been filed in response to the court's call for a status report which fails to comply with the court's Rule 16(b) minute order. The deficiencies are noted below. A _complete_ report, complying in all respects with the Rule 16(b) minute order, shall be filed within 15 days of this minute order. Deficiencies:

[]{IIA2.WPD*Rev.12/96}