William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| BEULAH M. GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | Case 3:06-cv-00087-TMB |
| ) | |

**ADVICE TO COURT RE SCHEDULING & PLANNING CONFERENCE**

The undersigned has contacted plaintiff Beulah George and spoken with attorney Charlie Coe who will likely be representing her.  A Scheduling & Planning Conference report is attached that Mr. Coe has approved.  We are awaiting Ms. George's signature.

DATED this 20th day of June, 2006, at Anchorage, Alaska.

          RICHMOND & QUINN
          Attorneys for Defendant

By:     s/ William A. Earnhart
      RICHMOND & QUINN, PC
      360 "K" Street, Suite 200
      Anchorage, Alaska 99501
      Ph: (907) 276-5727
      Fax: (907) 276-2953
      wearnhart@richmondquinn.com
      Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 20th day of June, 2006 to:

Beulah M. George (Pro Se)
P.O. Box 141753
Anchorage, Alaska 99514

    /s/ William A. Earnhart
    RICHMOND & QUINN

2245\003\PLD\ADVICE TO COURT