William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| BEULAH M. GEORGE, )<br>          )<br>    Plaintiff, )<br>          )<br> v.         )<br>          )<br>WAL-MART STORES, INC., )<br>          )<br>    Defendant. )<br>          ) | Case 3:06-cv-00087-TMB |

**SCHEDULING AND PLANNING CONFERENCE**

**1.** **Meeting.**  In accordance with F. R. Civ. P. 26(f), a meeting was held by telephone on June 8, 2006, and was attended by:

  Beulah M. George, *Pro Per*, plaintiff

  William A. Earnhart, attorney for defendant

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1): Will be exchanged by the parties by July 30, 2006.

Proposed changes to disclosure requirements:

Preliminary witness lists have been exchanged by the parties in their initial disclosures.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability and Damages.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   A. Discovery will be needed on the following issues: Liability and Damages.

   B. All discovery commenced in time to be completed by March 1, 2007 ("discovery close date").

   C. Limitations on Discovery.

      1. Interrogatories. No change from F.R.Civ.P. 33(a).

         Responses due 30 (33 if mailed) after date of service.

2. Requests for Admission. No change from F.R.Civ.P. 36(a).

Responses are due 30 (33 if mailed) after date of service.

3. Depositions. No change from F.R.Civ.P. 36(a), (d).

Deposition are not to exceed 6 hours unless agreed to by all parties.

D. Reports from retained experts. Not later than 90 days before close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

E. Supplementation of disclosures and discovery responses are to be made: As new information is acquired, but not later than 60 days before close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom the party may wish to call at trial, will be due: 45 days prior to the close of discovery.

**5. Pretrial Motions.** No change from D.Ak. LR 16.1(c).

Motions to amend the pleadings or add parties to be filed not later than August 1, 2006.

Motions under the discovery rules must be filed not later than March 1, 2007.

Motions *in limine* and dispositive motions must be filed not later than March 1, 2007.

**6.   Other Provisions.**

A.   The parties do not request a conference with the court before entry of the scheduling order.

B.   Alternative Dispute Resolution.  [D.Ak. LR 16.2]. The parties will file a request for alternative dispute resolution not later than July 31, 2006.

C.   The parties do not consent to trial before a magistrate judge.

D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1.  All parties have complied.

**7.   Trial.**

A.   This matter will be ready for trial 45 days after the discovery close date.

B.   The matter is expected to take 3 days to try.

C.   Jury demanded:  Yes.

Right to jury trial disputed?  No.

                                        PLAINTIFF

Dated: _____   By:  _____
                              Beulah M. George, Pro Per
                              P.O. Box 141753
                              Anchorage, Alaska 99514
                              Ph:  (907) 337-3371

```
                                RICHMOND & QUINN
                                Attorneys for Defendant


Dated: _____    By:    ___s/ William A. Earnhart___
                                RICHMOND & QUINN, PC
                                360 "K" Street, Suite 200
                                Anchorage, Alaska 99501
                                Ph:  (907) 276-5727
                                Fax: (907) 276-2953
                                wearnhart@richmondquinn.com
                                Alaska Bar. No. 9411099
```

2245\003\PLD\SCHEDULE