MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Beulah M. George* v. *Wal-Mart, Inc.*
Case No. 3:06-cv-0087-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have filed a joint *Scheduling and Planning Conference Report* at **Docket 12** which is unsigned by Plaintiff or counsel for Plaintiff. The Court has reviewed the report submitted by parties and notes that Charlie Coe may represent Plaintiff but has not yet entered an appearance as of this date.

Although the parties do not request a conference before entry of the Scheduling and Planning Order, the Court believes that a Status Conference/Scheduling Hearing is appropriate in this matter.

**Therefore, a Status Hearing is hereby set for July 25, 2006 at 2:00 p.m.**

In preparation for this hearing, parties should be prepared to address the following:

1)  Status of representation of Plaintiff;
2)  Minimum time necessary for Discovery in this case; and
3)  Status of settlement efforts made thus far in the case.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 30, 2006

T:\3-06-cv-87 MO.wpd