William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| BEULAH M. GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | Case 3:06-cv-00087 TMB |
| ) | |
| Defendant. ) | **STATUS REPORT TO COURT** |
| ) | |

This Court requested a status report regarding representation of Mrs. George.  After the last conference with the Court, I spoke with Charlie Coe who stated he still may be representing Ms. George but was not sure.  Mr. Coe is currently out of town and is expected to return on Monday.

DATED this 25th day of August, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By:     s/ William A. Earnhart
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 25th day of August, 2006 to:

Beulah M. George (Pro Se)
P.O. Box 141753
Anchorage, Alaska 99514

Charles W. Coe, Esq.
805 W. 3rd Avenue
Suite 100
Anchorage, AK  99501

/s/ William A. Earnhart
RICHMOND & QUINN

2245\003\STATUS REPORT

**STATUS REPORT TO COURT**
GEORGE v. WAL-MART STORES, CASE NO. 3:06-CV-00087-TMB
PAGE 2 OF 2