Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax: (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEULAH M. GEORGE, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-cv-00087-TMB |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | **ENTRY OF APPEARANCE** |
| ) | |
| Defendant. ) | |
| ) | |

  COMES NOW, the law firm of CHARLES W. COE, and hereby enters its appearance as counsel of record for the plaintiff, BEULAH M. GEORGE, in the above-captioned matter. All documents and correspondence may be served upon counsel at 805 West 3rd Avenue, Suite #100, Anchorage, Alaska, 99501.

  DATED this 26th day of October, 2006.

            By: s/Charles W. Coe
            Counsel for Plaintiff
            805 W 3rd Avenue, Suite #100
            Anchorage, Alaska 99501
            Phone: (907) 276-6173
            charlielaw@gci.net
            ABA#7804002

Certificate of Service

I certify that on October 26, 2006,
I served copies of the foregoing
Upon the following:

William A. Earnhart
Richmond & Quinn
360 K Street, Suite #200
Anchorage, Alaska 99501

George v. Wal-Mart
Case No. 3:06-cv-00087 – TMB
Entry of Appearance
Page 2 of 2