Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100\
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax: (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEULAH M. GEORGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC., ) <br> ) <br> Defendant. ) <br> ) | Case 3:06-cv-00087-TMB <br> **UNOPPOSED MOTION FOR** <br> **EXTENSION OF TIME** |

COMES NOW, the plaintiff, BEULAH M. GEORGE, by and through her attorney, CHARLES W. COE, who hereby moves for a 45-day extension of time to complete discovery in the above case. Counsel for the plaintiff has conferred with counsel for the defendant and this motion is unopposed.

DATED this 1st day of March, 2007.

By: s/Charles W. Coe
Attorney for Plaintiff
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone: (907) 276-6173
charlielaw@gci.net
ABA#7804002

George v. Wal Mart
Case No.3:06-cv-000878 TMB
Motion for Extension of Time
Page 1 of 2

Certificate of Service

I certify that on March 1, 2007,
I served copies of the foregoing
Upon the following:

William A. Earnhart


s/Charles W. Coe

George v. Wal Mart
Case No.3:06-cv-000878 TMB
Motion for Extension of Time
Page 2 of 2