Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100\
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax: (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEULAH M. GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | Case 3:06-cv-00087-TMB |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

　　　　IT IS HEREBY ORDERED that;

　　　　The plaintiff's motion is granted. Discovery will close on April 16, 2007.

　　　　DATED this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Certificate of Service
I certify that on March 1, 2007,
I served copies of the foregoing
Upon the following:

William A. Earnhart
s/Charles W. Coe

George v. Wal Mart
Case No.3:06-cv-000878 TMB
Order re: Motion for Extension of Time
Page 1 of 1