Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax: (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| BEULAH M. GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | Case 3:06-cv-00087-TMB |
| | ) | **SECOND UNOPPOSED MOTION** |
| Defendant. | ) | **FOR EXTENSION OF TIME** |
| | ) | |

COMES NOW, the plaintiff, BEULAH M. GEORGE, by and through her attorney, CHARLES W. COE, who hereby moves for an additional 45-day extension of time to complete discovery in the above case. Counsel for the plaintiff has conferred with counsel for the defendant and this motion is unopposed.

DATED this 16th day of April, 2007.

By: s/Charles W. Coe
Attorney for Plaintiff
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone: (907) 276-6173
charlielaw@gci.net
ABA#7804002

Certificate of Service

I certify that on April 16, 2007,
I served copies of the foregoing
Upon the following:

William A. Earnhart


s/Charles W. Coe