Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100\
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax:  (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEULAH M. GEORGE,             )<br>                                                    )<br>                 Plaintiff,        )<br>                                                    )<br>v.                                              )<br>                                                    )<br>WAL-MART STORES, INC.,     )<br>                                                    )<br>                 Defendant.    )<br>_____)  | Case 3:06-cv-00087-TMB<br><br>**NON-OPPOSED MOTION<br>FOR WITHDRAWAL BY<br>ATTORNEY UPON WRITTEN<br>CONSENT** |

CHARLES W. COE, attorney for Beulah George, in this action moves that he be permitted to withdraw as attorney for said party upon the following consent of said party.

Beulah George may be served with process at the following address:

> Beulah George
> P.O. Box 141753
> Anchorage, Alaska 99514
> (907) 332-6205

This motion is unopposed by the defendant.