Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100\
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax:  (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEULAH M. GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 3:06-cv-00087-TMB |
| ) | |
| WAL-MART STORES, INC., ) | **ORDER** |
| ) | **FOR WITHDRAWAL BY** |
| Defendant. ) | **ATTORNEY UPON WRITTEN** |
| ) | **CONSENT** |

IT IS HEREBY ORDERED that;

CHARLES W. COE is permitted to withdraw as attorney for Beulah George.

Ms. George can be served at the following address:

> Beulah George
> P.O. Box 141753
> Anchorage, Alaska 99514
> (907) 332-6205

DATED this _____ day of _____, 2007.

_____
U.S. DISTRICT COURT JUDGE

George v. Wal Mart
Case No.3:06-cv-000878 TMB
Order re: Withdrawal
Page 1 of 2

Certificate of Service
I certify that on May 21, 2007,
Copies of the foregoing were served
upon the following:

William A. Earnhart


s/Charles W. Coe

George v. Wal Mart
Case No.3:06-cv-000878 TMB
Order re: Withdrawal
Page 2 of 2