DATED this 18th day of May, 2007.

> By: s/Charles W. Coe
> Attorney for Plaintiff
> 805 W 3rd Avenue, Suite #100
> Anchorage, Alaska 99501
> Phone: (907) 276-6173
> charlielaw@gci.net
> ABA#7804002

## CONSENT TO WITHDRAWAL OF ATTORNEY

I, Beulah George, defendant in this action, hereby consent to the withdrawal of Charles W. Coe as my attorney herein.

DATED this 18th day of May, 2007.

_____
Beulah George

Certificate of Service
I certify that on May 18, 2007,
Copies of the foregoing were served
upon the following:

William A. Earnhart
s/Charles W. Coe

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

George v. Wal Mart
Case No.3:06-cv-000878 TMB
Unopposed Motion for Withdrawal
Page 2 of 2