William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEULAH M. GEORGE,<br><br>         Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:06-cv-00087 TMB<br>) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

BEULAH M. GEORGE, PRO PER
Plaintiff

DATED: 5/18/07       *Beulah M. George* (signature)
_____
Beulah M. George

RICHMOND & QUINN
Attorneys for Defendant

DATED: 5/18/07       s/ William A. Earnhart
_____
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
wearnhart@richmondquinn.com
Alaska Bar No. 9411099

2245\003\PLD\DISMISS

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR DISMISSAL WITH PREJUDICE
GEORGE v. WAL-MART STORES, CASE NO. 3:06-CV-00087-TMB
PAGE 2 OF 2